UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDHILLS BANK, et al.,

    Plaintiffs,

v.                                Case No. 8:10-cv-562-T-33EAJ

MARC JOHNSON,

    Defendant.
_____/

**O R D E R**

    This cause comes before the Court for consideration of Plaintiffs' Motion for Summary Judgment (Doc. # 20). A review of the file reveals that Defendant Johnson has failed to file a response thereto as of the date of this Order.

    The parties were advised in the Case Management and Scheduling Order (Doc. # 16) that pursuant to Rule 56(c), Fed. R. Civ. P., as interpreted by the Eleventh Circuit Court of Appeals, the Court will take any motion for summary judgment and all materials in support or in opposition thereto under advisement as of the last day for filing pleadings pertaining to the motion for summary judgment, as that date is mandated by the rules of procedure or by order of the Court. The parties were further advised that "**Failure to respond to a motion for summary judgment shall indicate there is no opposition to the motion and may result in final judgment being entered without a trial or other proceeding.**" (Emphasis in the original).

The Court has reviewed Plaintiffs' motion. The Court finds that Defendant has indicated no opposition to the motion and is deemed to have admitted the material facts as set forth by Plaintiffs. For the reasons stated in Plaintiffs' motion, this Court finds that Plaintiffs are entitled to summary judgment on all counts of Plaintiffs' complaint.

Accordingly, it is

**ORDERED, ADJUDGED AND DECREED:**

(1) Plaintiffs' Motion for Summary Judgment (Doc. # 20) is **GRANTED**.

(2) The Clerk is directed to enter judgment in favor of the Plaintiffs on Counts I and II of their Complaint and **CLOSE** this case.

(3) The Court will retain jurisdiction for any post-judgment motions.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this 31st day of May, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies to:

All Parties and Counsel of Record

2